UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| ROBERT LOUIS KING | ) | CASE: G25-20282-JRS |
| | ) | |
| | ) | |
| DEBTOR | ) | |

**CHAPTER 13 TRUSTEE'S SUPPLEMENTAL OBJECTION TO CONFIRMATION AND MOTION TO DISMISS CASE**

COMES NOW, Nancy J. Whaley, the Standing Chapter 13 Trustee herein, and objects to Confirmation of the plan for the following reasons:

1.

The Meeting of Creditors was conducted virtually in this case. Without in-person contact, the Chapter 13 Trustee has requested that the Debtor complete and file a completed and signed Debtor Questionnaire on the docket prior to the Meeting of Creditors. The Debtor has failed to file the questionnaire. The Chapter 13 Trustee requests that the Debtor immediately file with the Bankruptcy Court a completed and signed questionnaire. A copy of this form can be found on the Trustee's website www.njwtrustee.com

2.

The plan as proposed will extend to one hundred seventeen (117) months, which exceeds the sixty (60) months allowed by 11 U.S.C. Section 1322(d).

3.

The Chapter 13 Trustee is unable to determine the feasibility of the Debtor's Chapter 13 plan because Internal Revenue Service records indicate tax returns have not been filed for the period(s) ending December 31, 2022. The failure to file tax returns for the four (4) year period prior to the filing of the bankruptcy case is in violation of 11 U.S.C. Section 1308.

4.

The Debtor has failed to provide to the Trustee a copy of the affidavit filed and served with Internal Revenue Service, in violation of 11 U.S.C. Section 521(e)(2)(A).

5.

Schedule A fails to correctly reference the total fair market value of $428,000.00 in real estate, which is the subject of this Chapter 13 estate.

6.

Pursuant to the Debtor's testimony at the 341 Meeting of Creditors, he has been approved for a loan modification. The Trustee requests that the Debtor file the appropriate motion to seek the Court's approval of this modification.

7.

The Chapter 13 Trustee requests proof of the post-petition mortgage payments of $2751.00 per month, in order to determine feasibility of proposed plan pursuant to 11 U.S.C. 1325(a)(6).

8.

The Chapter 13 Trustee requests proof of the post-petition homeowner's association payments of $42.00 per month, in order to determine feasibility of proposed plan pursuant to 11 U.S.C. 1325(a)(6).

9.

The Debtor's Schedule J proposes to make monthly charitable contributions in the amount of $370.00. The Debtor should provide written evidence sufficient to establish a consistent pattern of contributing prior to and after the filing of the instant case. 11 U.S.C. Section 1325(b)(2)(A).

10.

The Chapter 13 schedules fail to disclose the value of the Debtor's life insurance, in violation of 11 U.S.C. Section 521.

11.

The Chapter 13 budget reflects a total monthly household expense of $5243.00, an amount that may be excessive and unnecessary for the maintenance or support of the Debtor or Debtor's dependents in violation of 11 U.S.C. Section 1325(b)(2)(A), 11 U.S.C. Section 1325(a)(3) and 11 U.S.C. Section 1325(a)(7).

12.

The plan fails to treat Amberleigh Community Association, Inc., in violation of 11 U.S.C. Section 1322(a) and/or 11 U.S.C. Section 502(a).

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of the Debtor's plan, and to dismiss the case.

This the 25th day of June, 2025.

        Respectfully submitted,

/s/_____
Julie M. Anania
Attorney for the Chapter 13 Trustee
State Bar No. 477064

# CERTIFICATE OF SERVICE

Case No:  G25-20282-JRS

I certify that on this day I caused a copy of this Chapter 13 Trustee's Supplemental Objection To Confirmation And Motion To Dismiss Case to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

**Debtor(s)**

ROBERT LOUIS KING
4176 VILLAGE PRESERVE WAY
GAINESVILLE, GA  30507

I further certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Supplemental Objection To Confirmation And Motion To Dismiss Case using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**

CLARK & WASHINGTON, P.C.

This the 25th day of June, 2025.

/s/_____
Julie M. Anania
Attorney for the Chapter 13 Trustee
State Bar No. 477064
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201